UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 18 PM 4:32

CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| ANKURBHAI BHUPENDRAFHAI PATEL et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-533 |
| MERRICK GARLAND et al, | ) ) ) | |
| Defendants. | ) ) | |
| NIKITA YOGESHKUMAR PATEL et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:23-cv-534 |
| MERRICK GARLAND et al, | ) ) ) | |
| Defendants. | ) ) | |
| MURAD ABDUL VADSARIYA et al, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 2:23-cv-535 |
| MERRICK GARLAND et al, | ) ) ) | |
| Defendants. | ) ) | |
| ALFAZ FEROZBHAI SAMNANI et al, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 2:23-cv-536 |
| MERRICK GARLAND et al, | ) ) ) | |
| Defendants. | ) ) | |

## **ENTRY ORDER**

The court held a hearing on the motions to dismiss filed in these four cases challenging the timeliness of the Government's action on "U" visa applications. At the end of the hearing, the court granted plaintiffs' request to file an amended complaint.

As amended, the complaint will combine the remaining plaintiffs who have not yet received favorable action on their visa applications. It will also clarify the plaintiffs' intention of challenging the timeliness of action both on the request for a bona fide determination that plaintiffs may qualify for a U visa as well as on their request for employment authorization. Plaintiffs also intend to remove certain constitutional claims. Plaintiffs are free to amend the complaints as they see fit.

The Government has sixty (60) days from filing to answer or move to dismiss the amended complaint.

Dated at Burlington, in the District of Vermont, this 18th day of June, 2024.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court